Oscar Gottschalk, appellant, v. Anna Reif and Stella Nasiopulos, defendants. Anna Reif, appellee. Gen. No. 37,353.

Opinion filed February 13, 1935.

Andrew Rost, Jr., for appellant. Thaddeus R. Diadul, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Lubertus Koster, appellee, v. Chas. H. Brandt and Company, Inc., appellant. Gen. No. 37,362.

Opinion filed February 13, 1935.

McDonald, Pringle & Richmond, for appellant; Lyle L. Richmond, of counsel. Gabel & Gabel, for appellee; Charles R. Gabel, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Frank R. Eager, appellee, v. Taber Mill, Inc., appellant. Gen. No. 37,478.

Opinion filed February 13, 1935. Rehearing denied February 25, 1935.

David A. Watts, for appellant; John W. Munro, of counsel. Castle, Osborn & Weiss, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Nathan Geller, plaintiff in error, v. United States Underwriters Company, defendant in error. Gen. No. 37,242.

Opinion filed February 13, 1935.

Harold A. Fein, for plaintiff in error; Mordi R. Kallick, of counsel. G. F. Engelbreit, for defendant in error.

Mr. Justice Hall delivered the opinion of the court.